UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
BRIAN C. BOGERT, JR. :
                            : Case Number 1:20-bk-03241-HWV
      Debtor :

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorney appears for American Builders & Contractors Supply Co., Inc., a SECURED creditor and party in interest in this case, and pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, demand that all notices given or required to be given in this case be given to and served upon the undersigned as follows:

                LARRY L. MILLER, ESQUIRE
   11722 Taneytown Pike, Taneytown, MD 21787
                 301.447.6644

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, but is not limited to, the notices and papers referred to in the Bankruptcy Rules specified above, and also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether

written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect in any way the above-captioned Debtor or the property of such Debtor, or any of the rights or interests held or asserted by American Builders & Contractors Supply Co., Inc. with respect to the Debtor or his property.

DATE: November 16, 2020

By: s/Larry L. Miller
Larry L. Miller, Esquire
11722 Taneytown Pike
Taneytown, MD 21787
301.447.6644
LLM #3228
llmlaw@outlook.com