United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-03241-HWV
Brian C. Bogert, Jr.  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 18, 2020      Form ID: ntnew341      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian C. Bogert, Jr., 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| cr | + | American Builders & Contractors Supply Co., Inc., c/o LLM Law LLC, 11722 TANEYTOWN PIKE, Taneytown, MD 21787-1165 |
| 5372026 | + | ACTION ADAM SERVICES LLC, Allen R. Shollenberger, Esquire, 2755 Century Boulevard, Reading, PA 19610-3346 |
| 5372025 | | ACTION ADAM SERVICES LLC, 121 Hill Drive, Newmanstown, PA 17073 |
| 5372027 | + | Advanced Construction Solutions LLC, 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| 5372028 | + | American Builders & Contractors, Supply Co. Inc., 1 ABC Parkway, Beloit, WI 53511-4466 |
| 5374040 | + | American Builders & Contractors Supply Co., Inc., c/o Larry Miller, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372031 | + | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5372029 | + | American Express National Bank, Customer Service, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5372030 | + | American Express National Bank, PO Box 15130, Wilmington, DE 19850-5130 |
| 5372032 | + | Atlantic States Insurance/, Donegal Insurance, 1195 River Rd PO Box 302, Marietta, PA 17547-0302 |
| 5372033 | + | Beacon Sales Acquisition, c/o Amato and Keating, P.C, 4232 Northern Pike, Suite 202, Monroeville, PA 15146-2720 |
| 5373965 | + | Beacon Sales Acquisition, Inc., d/b/a Beacon Roofing, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 5372034 | + | Beacon Sales Acquisition, Inc., dba Beacon Roofing, POB 162, Clifton Heights, PA 19018-0162 |
| 5372022 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 5372908 | + | EDWARD N, FLAIL, JR., 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372035 | + | Efer Contractors Inc., 167 B Blackwell Rd, Pennington, NJ 08534-4204 |
| 5372023 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 5372020 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 5372038 | + | GTR Source LLC, 211 Blvd. of The Americas, Ste. 20, Lakewood, NJ 08701-4777 |
| 5372037 | | Green Capital Funding LLC, 116 Nassau St Suite 804, Newmanstown, PA 17073 |
| 5372039 | + | Harley Davidson Financial, Dept 15129, Palatine, IL 60055-0001 |
| 5372041 | + | Harley-Davidson Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 5376783 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5372042 | + | Homestead Outdoor Products, 905 W Main St, New Holland, PA 17557-9224 |
| 5372043 | + | J & L Building Materials, c/o Edward N. Flail, Jr., Esquire, 10 Harrow Circle, Wayne, PA 19087-3852 |
| 5372909 | + | J&L BUILDING MATERIALS, INC., 10 HARROW CIRCLE, 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372046 | + | Larry L. Miller, Esquire, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372050 | + | M & T Bank, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5372051 | + | New Beginning Contracting LLC, 739 2nd Street, Trenton, NJ 08611-3329 |
| 5372053 | + | On Deck Capital, Inc., 4201 Wilson Blvd., Ste 110-209, Arlington, VA 22203-4417 |
| 5372055 | + | Quality Roofing Supply, Beacon Roofing Supply, 530 Morgantown Rd, Reading, PA 19611-2063 |
| 5372056 | + | Rigidply Rafters, 701 E Linden St, Richland, PA 17087-9720 |
| 5372057 | + | Selective Insurance Co, Windham Professionals, 382 Main St, Salem, NH 03079-2412 |
| 5372058 | + | Shank Door Company, PO Box 338, Myerstown, PA 17067-0338 |
| 5372060 | + | Swift Financial/Loan Builder, 3505 Silverside Rd Suite 200, Wilmington, DE 19810-4905 |
| 5372021 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 5372061 | + | United Consumer Financial, JP Recovery Services Inc, 20220 Center Ridge Rd #200, Rocky River, OH 44116-3501 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5372024 | + | Email/Text: bankruptcy.notifications@fisglobal.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 18 2020 19:02:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 5372036 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Dec 18 2020 19:02:00 | Forward Financing, 100 Summer St Suite 1175, Boston, MA 02110-2138 |
| 5372040 | + | Email/Text: bankruptcy.notices@hdfsi.com | Dec 18 2020 19:02:00 | Harley-Davidson Credit Corp, 222 West Adams, Suite 2000, Chicago, IL 60606-5307 |
| 5372044 | | Email/Text: nancy@jlbuilding.com | Dec 18 2020 19:02:00 | J & L Building Materials, Inc., 600 Lancaster Avenue, Malvern, PA 19355 |
| 5372048 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2020 19:27:36 | LVNV Funding, c/o Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 5372047 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2020 19:27:37 | LVNV Funding, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 5374909 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2020 19:27:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5372045 | + | Email/Text: camanagement@mtb.com | Dec 18 2020 19:02:00 | Lakeview Loan Servicing, LLC, c/o M & T Bank, 1100 Wehrle Drive, Williamsville, NY 14221-7748 |
| 5372049 | | Email/Text: camanagement@mtb.com | Dec 18 2020 19:02:00 | M & T Bank, PO Box 840, Buffalo, NY 14240 |
| 5372052 | + | Email/Text: bankruptcy@ondeck.com | Dec 18 2020 19:02:00 | On Deck Capital, Inc., 1400 Broadway 25th Floor, New York, NY 10018-5225 |
| 5372054 | + | Email/Text: bankruptcy@ondeck.com | Dec 18 2020 19:02:00 | On Deck Capital, Inc., c/o Christine Nicole Levi, 101 West Colfax Avenue, 10th Floor, Denver, CO 80202-5167 |
| 5374760 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2020 19:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5372059 | + | Email/Text: notices@burt-law.com | Dec 18 2020 19:02:00 | Superior Distribution, c/o Burton Neil Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5374435 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5380603 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2020  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| George Meany Lutz | on behalf of Debtor 1 Brian C. Bogert  Jr. glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Larry L. Miller | on behalf of Creditor American Builders & Contractors Supply Co.  Inc. llmlaw@outlook.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian C. Bogert Jr.,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−03241−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: January 25, 2021<br>Time: 11:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

For the Court:
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CourtneyWojtowicz, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: December 18, 2020

ntnew341 (04/18)