UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BRIAN C. BOGERT, JR., | : | |
| DEBTOR | : | BANKRUPTCY NO. 20-03241-HWV |

**ENTRANCE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

PLEASE TAKE NOTICE that the undersigned attorney and law firm is counsel for **Action Adam Services LLC,** a creditor and party of interest in the above-captioned case and pursuant to Bankruptcy Rules 2002 and 9007, client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the court, the Debtor, any Creditors' Committee, any Trustee, the United States trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopy set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, request, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopy, electronic or otherwise:

> Eden R. Bucher, Esquire
> Leisawitz Heller Abramowitch Phillips, P.C.
> 2755 Century Boulevard
> Wyomissing, PA 19610
> 610-372-3500
> 610-372-8671 (fax)
> ebucher@leisawitzheller.com

Dated: December 22, 2020                   LEISAWITZ HELLER ABRAMOWITCH PHILLIPS, P.C.

                                            By:   */s/ Eden R. Bucher*
                                                  Eden R. Bucher Esquire
                                                  Attorney I.D. No. 60235
                                                  2755 Century Boulevard
                                                  Wyomissing, PA 19610

{01646659 }