United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Brian C. Bogert, Jr.  
    Debtor

Case No. 20-03241-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 26, 2021      Form ID: ntcnfhrg      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian C. Bogert, Jr., 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| cr | + | American Builders & Contractors Supply Co., Inc., c/o LLM Law LLC, 11722 TANEYTOWN PIKE, Taneytown, MD 21787-1165 |
| 5372025 | | ACTION ADAM SERVICES LLC, 121 Hill Drive, Newmanstown, PA 17073 |
| 5372026 | + | ACTION ADAM SERVICES LLC, Allen R. Shollenberger, Esquire, 2755 Century Boulevard, Reading, PA 19610-3346 |
| 5380949 | + | Action Adam Services LLC, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 5372027 | + | Advanced Construction Solutions LLC, 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| 5372028 | + | American Builders & Contractors, Supply Co. Inc., 1 ABC Parkway, Beloit, WI 53511-4466 |
| 5374040 | + | American Builders & Contractors Supply Co., Inc., c/o Larry Miller, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372030 | + | American Express National Bank, PO Box 15130, Wilmington, DE 19850-5130 |
| 5372031 | + | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5372029 | + | American Express National Bank, Customer Service, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5372032 | + | Atlantic States Insurance/, Donegal Insurance, 1195 River Rd PO Box 302, Marietta, PA 17547-0302 |
| 5372033 | + | Beacon Sales Acquisition, c/o Amato and Keating, P.C, 4232 Northern Pike, Suite 202, Monroeville, PA 15146-2720 |
| 5373965 | + | Beacon Sales Acquisition, Inc., d/b/a Beacon Roofing, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 5372034 | + | Beacon Sales Acquisition, Inc., dba Beacon Roofing, POB 162, Clifton Heights, PA 19018-0162 |
| 5372022 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 5372908 | + | EDWARD N, FLAIL, JR., 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372035 | + | Efer Contractors Inc., 167 B Blackwell Rd, Pennington, NJ 08534-4204 |
| 5372023 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 5372020 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 5372038 | + | GTR Source LLC, 211 Blvd. of The Americas, Ste. 20, Lakewood, NJ 08701-4777 |
| 5372037 | | Green Capital Funding LLC, 116 Nassau St Suite 804, Newmanstown, PA 17073 |
| 5372039 | + | Harley Davidson Financial, Dept 15129, Palatine, IL 60055-0001 |
| 5372041 | + | Harley-Davidson Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 5376783 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5372042 | + | Homestead Outdoor Products, 905 W Main St, New Holland, PA 17557-9224 |
| 5372043 | + | J & L Building Materials, c/o Edward N. Flail, Jr., Esquire, 10 Harrow Circle, Wayne, PA 19087-3852 |
| 5372909 | + | J&L BUILDING MATERIALS, INC., 10 HARROW CIRCLE, 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372046 | + | Larry L. Miller, Esquire, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372050 | + | M & T Bank, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5372051 | + | New Beginning Contracting LLC, 739 2nd Street, Trenton, NJ 08611-3329 |
| 5372053 | + | On Deck Capital, Inc., 4201 Wilson Blvd., Ste 110-209, Arlington, VA 22203-4417 |
| 5372055 | + | Quality Roofing Supply, Beacon Roofing Supply, 530 Morgantown Rd, Reading, PA 19611-2063 |
| 5372056 | + | Rigidply Rafters, 701 E Linden St, Richland, PA 17087-9720 |
| 5372057 | + | Selective Insurance Co, Windham Professionals, 382 Main St, Salem, NH 03079-2412 |
| 5372058 | + | Shank Door Company, PO Box 338, Myerstown, PA 17067-0338 |
| 5372060 | + | Swift Financial/Loan Builder, 3505 Silverside Rd Suite 200, Wilmington, DE 19810-4905 |
| 5372021 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 5372061 | + | United Consumer Financial, JP Recovery Services Inc, 20220 Center Ridge Rd #200, Rocky River, OH 44116-3501 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5372024 | + Email/Text: bankruptcy.notifications@fisglobal.com | Jan 26 2021 19:04:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 5372036 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Jan 26 2021 19:03:00 | Forward Financing, 100 Summer St Suite 1175, Boston, MA 02110-2138 |
| 5372040 | + Email/Text: bankruptcy.notices@hdfsi.com | Jan 26 2021 19:04:00 | Harley-Davidson Credit Corp, 222 West Adams, Suite 2000, Chicago, IL 60606-5307 |
| 5372044 | Email/Text: nancy@jlbuilding.com | Jan 26 2021 19:02:00 | J & L Building Materials, Inc., 600 Lancaster Avenue, Malvern, PA 19355 |
| 5372048 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2021 19:20:29 | LVNV Funding, c/o Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 5372047 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2021 19:20:29 | LVNV Funding, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 5374909 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2021 19:20:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5372045 | + Email/Text: camanagement@mtb.com | Jan 26 2021 19:03:00 | Lakeview Loan Servicing, LLC, c/o M & T Bank, 1100 Wehrle Drive, Williamsville, NY 14221-7748 |
| 5372049 | Email/Text: camanagement@mtb.com | Jan 26 2021 19:03:00 | M & T Bank, PO Box 840, Buffalo, NY 14240 |
| 5372052 | + Email/Text: bankruptcy@ondeck.com | Jan 26 2021 19:04:00 | On Deck Capital, Inc., 1400 Broadway 25th Floor, New York, NY 10018-5225 |
| 5372054 | + Email/Text: bankruptcy@ondeck.com | Jan 26 2021 19:04:00 | On Deck Capital, Inc., c/o Christine Nicole Levi, 101 West Colfax Avenue, 10th Floor, Denver, CO 80202-5167 |
| 5374760 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2021 19:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5372059 | + Email/Text: notices@burt-law.com | Jan 26 2021 19:04:00 | Superior Distribution, c/o Burton Neil Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 5383266 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 26 2021 19:20:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Action Adam Services LLC, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 5374435 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5380603 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021　　　　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Eden R Bucher | on behalf of Creditor Action Adam Services LLC ebucher@leisawitzheller.com medwards@leisawitzheller.com |
| George Meany Lutz | on behalf of Debtor 1 Brian C. Bogert Jr. glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Larry L. Miller | on behalf of Creditor American Builders & Contractors Supply Co. Inc. llmlaw@outlook.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian C. Bogert Jr.,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−03241−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 3, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 10, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 26, 2021 |

ntcnfhrg (03/18)