In re:                                                               Case No. 20-03241-HWV

Brian C. Bogert, Jr.                                    Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 3
Date Rcvd: Jan 26, 2021                Form ID: pdf002                 Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian C. Bogert, Jr., 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| cr | + | American Builders & Contractors Supply Co., Inc., c/o LLM Law LLC, 11722 TANEYTOWN PIKE, Taneytown, MD 21787-1165 |
| 5372025 | | ACTION ADAM SERVICES LLC, 121 Hill Drive, Newmanstown, PA 17073 |
| 5372026 | + | ACTION ADAM SERVICES LLC, Allen R. Shollenberger, Esquire, 2755 Century Boulevard, Reading, PA 19610-3346 |
| 5380949 | + | Action Adam Services LLC, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 5372027 | + | Advanced Construction Solutions LLC, 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| 5372028 | + | American Builders & Contractors, Supply Co. Inc., 1 ABC Parkway, Beloit, WI 53511-4466 |
| 5374040 | + | American Builders & Contractors Supply Co., Inc., c/o Larry Miller, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372030 | + | American Express National Bank, PO Box 15130, Wilmington, DE 19850-5130 |
| 5372031 | + | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5372029 | + | American Express National Bank, Customer Service, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5372032 | + | Atlantic States Insurance/, Donegal Insurance, 1195 River Rd PO Box 302, Marietta, PA 17547-0302 |
| 5372033 | + | Beacon Sales Acquisition, c/o Amato and Keating, P.C, 4232 Northern Pike, Suite 202, Monroeville, PA 15146-2720 |
| 5373965 | + | Beacon Sales Acquisition, Inc., d/b/a Beacon Roofing, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 5372034 | + | Beacon Sales Acquisition, Inc., dba Beacon Roofing, POB 162, Clifton Heights, PA 19018-0162 |
| 5372022 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 5372908 | + | EDWARD N, FLAIL, JR., 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372035 | + | Efer Contractors Inc., 167 B Blackwell Rd, Pennington, NJ 08534-4204 |
| 5372023 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 5372020 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 5372038 | + | GTR Source LLC, 211 Blvd. of The Americas, Ste. 20, Lakewood, NJ 08701-4777 |
| 5372037 | | Green Capital Funding LLC, 116 Nassau St Suite 804, Newmanstown, PA 17073 |
| 5372039 | + | Harley Davidson Financial, Dept 15129, Palatine, IL 60055-0001 |
| 5372041 | + | Harley-Davidson Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 5376783 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5372042 | + | Homestead Outdoor Products, 905 W Main St, New Holland, PA 17557-9224 |
| 5372043 | + | J & L Building Materials, c/o Edward N. Flail, Jr., Esquire, 10 Harrow Circle, Wayne, PA 19087-3852 |
| 5372909 | + | J&L BUILDING MATERIALS, INC., 10 HARROW CIRCLE, 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372046 | + | Larry L. Miller, Esquire, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372050 | + | M & T Bank, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5372051 | + | New Beginning Contracting LLC, 739 2nd Street, Trenton, NJ 08611-3329 |
| 5372053 | + | On Deck Capital, Inc., 4201 Wilson Blvd., Ste 110-209, Arlington, VA 22203-4417 |
| 5372055 | + | Quality Roofing Supply, Beacon Roofing Supply, 530 Morgantown Rd, Reading, PA 19611-2063 |
| 5372056 | + | Rigidply Rafters, 701 E Linden St, Richland, PA 17087-9720 |
| 5372057 | + | Selective Insurance Co, Windham Professionals, 382 Main St, Salem, NH 03079-2412 |
| 5372058 | + | Shank Door Company, PO Box 338, Myerstown, PA 17067-0338 |
| 5372060 | + | Swift Financial/Loan Builder, 3505 Silverside Rd Suite 200, Wilmington, DE 19810-4905 |
| 5372021 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 5372061 | + | United Consumer Financial, JP Recovery Services Inc, 20220 Center Ridge Rd #200, Rocky River, OH 44116-3501 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5372024 | + Email/Text: bankruptcy.notifications@fisglobal.com | Jan 26 2021 19:04:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 5372036 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Jan 26 2021 19:03:00 | Forward Financing, 100 Summer St Suite 1175, Boston, MA 02110-2138 |
| 5372040 | + Email/Text: bankruptcy.notices@hdfsi.com | Jan 26 2021 19:04:00 | Harley-Davidson Credit Corp, 222 West Adams, Suite 2000, Chicago, IL 60606-5307 |
| 5372044 | Email/Text: nancy@jlbuilding.com | Jan 26 2021 19:02:00 | J & L Building Materials, Inc., 600 Lancaster Avenue, Malvern, PA 19355 |
| 5372048 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2021 19:20:29 | LVNV Funding, c/o Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 5372047 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2021 19:20:29 | LVNV Funding, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 5374909 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2021 19:20:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5372045 | + Email/Text: camanagement@mtb.com | Jan 26 2021 19:03:00 | Lakeview Loan Servicing, LLC, c/o M & T Bank, 1100 Wehrle Drive, Williamsville, NY 14221-7748 |
| 5372049 | Email/Text: camanagement@mtb.com | Jan 26 2021 19:03:00 | M & T Bank, PO Box 840, Buffalo, NY 14240 |
| 5372052 | + Email/Text: bankruptcy@ondeck.com | Jan 26 2021 19:04:00 | On Deck Capital, Inc., 1400 Broadway 25th Floor, New York, NY 10018-5225 |
| 5372054 | + Email/Text: bankruptcy@ondeck.com | Jan 26 2021 19:04:00 | On Deck Capital, Inc., c/o Christine Nicole Levi, 101 West Colfax Avenue, 10th Floor, Denver, CO 80202-5167 |
| 5374760 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2021 19:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5372059 | + Email/Text: notices@burt-law.com | Jan 26 2021 19:04:00 | Superior Distribution, c/o Burton Neil Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 5383266 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 26 2021 19:20:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Action Adam Services LLC, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 5374435 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5380603 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Eden R Bucher | on behalf of Creditor Action Adam Services LLC ebucher@leisawitzheller.com medwards@leisawitzheller.com |
| George Meany Lutz | on behalf of Debtor 1 Brian C. Bogert Jr. glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Larry L. Miller | on behalf of Creditor American Builders & Contractors Supply Co. Inc. llmlaw@outlook.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

Rev 12/01/19

# LOCAL BANKRUPTCY FORM 3015-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
Brian C. Bogert, Jr.

**Debtor(s)**

CHAPTER: 13

CASE NO. **1:20-bk-03241-HWV**

☒ ORIGINAL PLAN
1st, 2nd, 3rd AMENDED PLAN (indicate #)
**0** Number of Motions to Avoid Liens
**0** Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☒ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase- money security interest, set out in § 2.G | ☐ Included | ☒ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1

1. **PLAN FUNDING AND LENGTH OF PLAN.**

    A. **Plan Payments From Future Income**
    1. To date, the Debtor paid $ 0.00 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $ 18,000.00 plus other payments and property stated in § 1B below:

    | Start | End | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
    |---|---|---|---|---|---|
    | **12/2020** | **11/2023** | $500.00 | 0.00 | $500.00 | $18,000.00 |
    | | | | | Total Payments: | $18,000.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. *Check One:*
        ☑ Debtor is at or under median income.

    B. **Additional Plan Funding From Liquidation of Assets/Other**

    1. The Debtor estimates that the liquidation value of this estate is $ $11,750.00. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

    *Check one of the following two lines:*
    ☒ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

2

**2. SECURED CLAIMS.**

    *A.* <u>Pre-Confirmation Distributions.</u>  *Check One:*

        ☑ None.

    **B. <u>Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor</u>.**  *Check One:*

        ☐ None.
           *If this is checked, the rest of § 2.B need not be completed or reproduced.*

        ☒ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M & T Bank | 2 Hillside Drive, Newmanstown, PA 17073 | 3435 |

    **C. <u>Arrears (Including, but not limited to, claims secured by Debtor's principal residence)</u>.**  *Check One:*

        ☑ None.

    **D. <u>Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)</u>**  *Check One:*

        ☑ None.

    **E. <u>Secured claims for which a § 506 valuation is applicable</u>.**  *Check One:*

        ☑ None.

    **F. <u>Surrender of Collateral</u>.**  *Check One:*

        ☑ None.

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens*. *Check One:*

☑ None.

3. **PRIORITY CLAIMS.**

    A. **Administrative Claims**

    1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

    2. Attorney's fees. Complete only one of the following options:

        a. $ 300.00 per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

    3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one:*

        ☑ None.

    B. **Priority Claims (including certain Domestic Support Obligations).**

    Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9. (None)

    C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one:*

        ☑ None.

4. **UNSECURED CLAIMS.**

    A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one:*

        ☑ None.

    B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

    ☒ None.

6. **VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:*

    ☒ plan confirmation.
    ☐ entry of discharge.
    ☐ closing of case.

7. **DISCHARGE:** *(Check one)*

    ☒ The debtor will seek a discharge pursuant to § 1328(a).
    ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

    If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

    Payments from the plan will be made by the Trustee in the following order:

    Level 1: Enter text here
    Level 2: Enter text here
    Level 3: Enter text here
    Level 4: Enter text here
    Level 5: Enter text here
    Level 6: Enter text here
    Level 7: Enter text here
    Level 8: Enter text here

    *If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

    Level 1: Adequate protection payments.

Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS.**

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

None

Dated: November 19, 2020               George M. Lutz
                                       Attorney for Debtor

                                       Brian C. Bogert, Jr.
                                       Debtor

                                       Enter text here
                                       Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

6