ANTHONY DAUB, ESQUIRE
TRANTOLO & TRANTOLO, LLC
21 OAK STREET
HARTFORD, CT 06106

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JOSHUA D. DAUB
100 CAERNARVON DRIVE
ELVERSON, PA 19520