**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re:<br><br>　　**BRIAN C. BOGERT, JR.,**<br><br>　　　　　　　　　　**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 1:20-bk-03241-HWV** |
|---|---|

**CERTIFICATE OF SERVICE**

　　　　I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Amended Chapter 13 Plan and Notice thereof were served upon the addresses listed below, all creditors and parties in interest by way of electronic means on April 9, 2021 and/or via first class mail April 12, 2021:

United States Trustee - ustpregion03.ha.ecf@usdoj.gov

Joseph P Schalk on behalf of Asst. U.S. Trustee United States Trustee - joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Charles J DeHart, III (Trustee) - TWecf@pamd13trustee.com

Keri P Ebeck on behalf of Creditor Harley-Davidson Credit Corp. - kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Larry L. Miller on behalf of Creditor American Builders & Contractors Supply Co., Inc. - llmlaw@outlook.com

Rebecca Ann Solarz on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC - bkgroup@kmllawgroup.com

Eden R Bucher on behalf of Creditor Action Adam Services LLC - ebucher@leisawitzheller.com, medwards@leisawitzheller.com

Brian C. Bogert, Jr.
2 Hillside Drive
Newmanstown, PA  17073

　　　　　　　　　　　　　　　　**Hartman, Valeriano, Magovern & Lutz, P.C.**

　　　　　　　　By:　　/s/ *Alyssa J. Merkey*
　　　　　　　　　　　　1025 Berkshire Blvd., Suite 700
　　　　　　　　　　　　Wyomissing, PA  19610
　　　　　　　　　　　　610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:20-bk-03241-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Apr 12 14:01:06 EDT 2021 | Action Adam Services LLC<br>c/o Eden R. Bucher, Esquire<br>Leisawitz Heller<br>2755 Century Blvd.<br>Wyomissing, PA 19610-3346 | American Builders & Contractors Supply Co.,<br>c/o LLM Law LLC<br>11722 TANEYTOWN PIKE<br>Taneytown, MD 21787-1165 |
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | ACTION ADAM SERVICES LLC<br>121 Hill Drive<br>Newmanstown, PA 17073 | ACTION ADAM SERVICES LLC<br>Allen R. Shollenberger, Esquire<br>2755 Century Boulevard<br>Reading, PA 19610-3346 |
| Advanced Construction Solutions LLC<br>2 Hillside Drive<br>Newmanstown, PA 17073-9264 | American Builders & Contractors<br>Supply Co. Inc.<br>1 ABC Parkway<br>Beloit, WI 53511-4466 | American Builders & Contractors Supply Co.,<br>c/o Larry Miller<br>LLM Law LLC<br>11722 Taneytown Pike<br>Taneytown, MD 21787-1165 |
| American Express National Bank<br>Customer Service<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | American Express National Bank<br>PO Box 15130<br>Wilmington, DE 19850-5130 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Anthony Daub, Esquire<br>Trantolo & Trantolo, LLC<br>21 Oak Street<br>Hartford, CT 06106-1598 | Atlantic States Insurance/<br>Donegal Insurance<br>1195 River Rd PO Box 302<br>Marietta, PA 17547-0302 | Beacon Sales Acquisition<br>c/o Amato and Keating, P.C<br>4232 Northern Pike, Suite 202<br>Monroeville, PA 15146-2720 |
| Beacon Sales Acquisition, Inc.<br>d/b/a Beacon Roofing<br>c/o Amato and Keating, P.C.<br>107 North Commerce Way<br>Bethlehem PA 18017-8913 | Beacon Sales Acquisition, Inc.<br>dba Beacon Roofing<br>POB 162<br>Clifton Heights, PA 19018-0162 | CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 |
| Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 | EDWARD N, FLAIL, JR.<br>10 HARROW CIRCLE<br>WAYNE, PA 19087-3852 | Efer Contractors Inc.<br>167 B Blackwell Rd<br>Pennington, NJ 08534-4204 |
| Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 | Forward Financing<br>100 Summer St Suite 1175<br>Boston, MA 02110-2138 |
| GTR Source LLC<br>211 Blvd. of The Americas, Ste. 20<br>Lakewood, NJ 08701-4777 | Green Capital Funding LLC<br>116 Nassau St Suite 804<br>Newmanstown, PA 17073 | Harley Davidson Financial<br>Dept 15129<br>Palatine, IL 60055-0001 |
| Harley-Davidson Credit Corp<br>222 West Adams<br>Suite 2000<br>Chicago, IL 60606-5307 | Harley-Davidson Credit Corp<br>PO Box 9013<br>Addison, TX 75001-9013 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| Homestead Outdoor Products<br>905 W Main St<br>New Holland, PA 17557-9224 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J & L Building Materials<br>c/o Edward N. Flail, Jr., Esquire<br>10 Harrow Circle<br>Wayne, PA 19087-3852 |
| (p)J&L BUILDING MATERIALS INC<br>ATTN NANCY BEHRENSHAUSER<br>600 LANCASTER AVE<br>FRAZER PA 19355-1846 | J&L BUILDING MATERIALS, INC.<br>10 HARROW CIRCLE<br>10 HARROW CIRCLE<br>WAYNE, PA 19087-3852 | Joshua D. Daub<br>100 Caernarvon Drive<br>Elverson, PA 19520-9500 |
| Joshua Daub<br>100 Caernarvon Dr.<br>Elverson PA 19520-9500 | LVNV Funding<br>625 Pilot Road, Suite 2/3<br>Las Vegas, NV 89119-4485 | LVNV Funding<br>c/o Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeview Loan Servicing, LLC<br>c/o M & T Bank<br>1100 Wehrle Drive<br>Williamsville, NY 14221-7748 | Larry L. Miller, Esquire<br>LLM Law LLC<br>11722 Taneytown Pike<br>Taneytown, MD 21787-1165 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | M & T Bank<br>c/o KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | New Beginning Contracting LLC<br>739 2nd Street<br>Trenton, NJ 08611-3329 |
| On Deck Capital, Inc.<br>1400 Broadway 25th Floor<br>New York, NY 10018-5225 | On Deck Capital, Inc.<br>4201 Wilson Blvd., Ste 110-209<br>Arlington, VA 22203-4417 | On Deck Capital, Inc.<br>c/o Christine Nicole Levi<br>101 West Colfax Avenue, 10th Floor<br>Denver, CO 80202-5167 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | Quality Roofing Supply<br>Beacon Roofing Supply<br>530 Morgantown Rd<br>Reading, PA 19611-2063 | Rigidply Rafters<br>701 E Linden St<br>Richland, PA 17087-9720 |
| Selective Insurance Co<br>Windham Professionals<br>382 Main St<br>Salem, NH 03079-2412 | Shank Door Company<br>PO Box 338<br>Myerstown, PA 17067-0338 | Superior Distribution<br>c/o Burton Neil Associates<br>1060 Andrew Drive, Suite 170<br>West Chester, PA 19380-5601 |
| Swift Financial LLC as servicing agent for W<br>3505 Silverside Rd Suite 200<br>Wilmington, DE 19810-4905 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 | United Consumer Financial<br>JP Recovery Services Inc<br>20220 Center Ridge Rd #200<br>Rocky River, OH 44116-3501 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Brian C. Bogert Jr.<br>2 Hillside Drive<br>Newmanstown, PA 17073-9264 |

Charles J DeHart, III (Trustee)  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036-8625

George Meany Lutz  
Hartman, Valeriano, Magovern & Lutz, PC  
1100 Berkshire Blvd.  
 Suite 301  
P.O. Box 5828  
Wyomissing, PA 19610-5828

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

J & L Building Materials, Inc.  
600 Lancaster Avenue  
Malvern, PA 19355

M & T Bank  
PO Box 840  
Buffalo, NY 14240

(d)M&T Bank  
P.O. Box 840  
Buffalo, NY 14240-0840

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Harley-Davidson Credit Corp.

(u)LAKEVIEW LOAN SERVICING, LLC

(d)Action Adam Services LLC  
c/o Eden R. Bucher, Esquire  
Leisawitz Heller  
2755 Century Blvd.  
Wyomissing, PA 19610-3346

(d)American Express National Bank  
c/o Becket and Lee LLP  
PO Box 3001  
Malvern, PA 19355-0701

End of Label Matrix  
Mailable recipients    61  
Bypassed recipients     4  
Total                  65