UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| BRIAN C. BOGERT, JR., | |
| Debtor | Bankruptcy No. 1:20-bk-03241-HWV |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw Proof of Claim No. 13 filed on April 13, 2021, by Debtor, on behalf of Internal Revenue Service.

**Dated:** June 11, 2021

                                            Respectfully submitted,

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                            by:    */s/ George M. Lutz*

                                            George M. Lutz, Esquire
                                            1025 Berkshire Blvd., Suite 700
                                            Wyomissing, PA  19610
                                            Attorney I.D. No. 46437
                                            Phone:  610-779-0772
                                            Fax:     610-779-7473