# NOTICE OF
# EXECUTION
# SALE

By virtue of certain Order(s) of Execution, directed to me, I will expose to a Public Sale

on: Tuesday the 6th day of April, 2021 at 10:00 AM o'clock

at the following location: (address) 2 Hillside Dr Newmanstown PA 17073

the following articles, property of BRIAN BOGERT

EQUIPTER RB4000

VIN: 1N9BD1316FP253752

**PLAINTIFF/AGENT
MUST BE PRESENT AT
SALES AND/OR EVICTIONS**

1.  All claims to the property must be filed before this sale in the office of Honorable Anthony J. Verna
    Address:  728 East Walnut Street
              Lebanon, PA 17042
2.  All claims to the proceeds must be filed in the above magisterial district judge office before distribution.
3.  A schedule of distribution will be filed in the above magisterial district judge office on (Date): 3/2/2021 and
    distribution will be made in accordance therewith unless exceptions are filed within ten (10) days thereafter.

Date: 3/2/2021 by: KEVIN L. SCAIFE Sheriff or Certified Constable

Order of Execution No: CV 113-2020        Claim No.: _____

from: Anthony J. Verna , issuing Magisterial District Judge        Magisterial District No: 52-3-01

from: _____ , Magisterial District Judge        Magisterial District No: _____

FREE INTERPRETER
www.pacourts.us/language-rights
1-844-444-Desc

**From:**     web@pamb.uscourts.gov on behalf of PAMB Web
**To:**       PAMBml_fax
**Subject:**  EDSS filing from Joshua Daub for Brian Bogert on Wednesday, July 21, 2021 - 15:25
**Date:**     Wednesday, July 21, 2021 3:26:02 PM

Submitted on Wednesday, July 21, 2021 - 15:25
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Joshua Daub
Debtor's name (if different): Brian Bogert
Filer's EMail Address: joshdaub0@yahoo.com
Filer's Phone Number: 7173068331
Case number (if known): 1-20-03241
  ==Documents==
   Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/Joshua%20Daub_0.PDF
      Document description: Exhibit A
      ==More Documents==
      Document 2:
      Document 2 description: Exhibit B
      Document 3:
      Document 3 description: Exhibit C
      Document 4:
      Document 4 description:
      Document 5:
      Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign
this form with my signature and consent to use this electronic form.: Joshua
Daub