United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 20-03241-HWV

Brian C. Bogert, Jr.                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Brian C. Bogert, Jr., 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| cr | + | American Builders & Contractors Supply Co., Inc., c/o LLM Law LLC, 11722 TANEYTOWN PIKE, Taneytown, MD 21787-1165 |
| 5372026 | + | ACTION ADAM SERVICES LLC, Allen R. Shollenberger, Esquire, 2755 Century Boulevard, Reading, PA 19610-3346 |
| 5372025 | | ACTION ADAM SERVICES LLC, 121 Hill Drive, Newmanstown, PA 17073 |
| 5380949 | + | Action Adam Services LLC, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 5372027 | + | Advanced Construction Solutions LLC, 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| 5372028 | + | American Builders & Contractors, Supply Co Inc., 1 ABC Parkway, Beloit, WI 53511-4466 |
| 5374040 | + | American Builders & Contractors Supply Co., Inc., c/o Larry Miller, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372030 | + | American Express National Bank, PO Box 15130, Wilmington, DE 19850-5130 |
| 5372031 | + | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5372029 | + | American Express National Bank, Customer Service, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5402489 | + | Anthony Daub, Esquire, Trantolo & Trantolo, LLC, 21 Oak Street, Hartford, CT 06106-1598 |
| 5372032 | + | Atlantic States Insurance/, Donegal Insurance, 1195 River Rd PO Box 302, Marietta, PA 17547-0302 |
| 5372033 | + | Beacon Sales Acquisition, c/o Amato and Keating, P.C, 4232 Northern Pike, Suite 202, Monroeville, PA 15146-2720 |
| 5373965 | + | Beacon Sales Acquisition, Inc., d/b/a Beacon Roofing, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 5372034 | + | Beacon Sales Acquisition, Inc., dba Beacon Roofing, POB 162, Clifton Heights, PA 19018-0162 |
| 5372022 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 5372908 | + | EDWARD N, FLAIL, JR., 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372035 | + | Efer Contractors Inc., 167 B Blackwell Rd, Pennington, NJ 08534-4204 |
| 5372023 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 5372020 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 5372038 | + | GTR Source LLC, 211 Blvd. of The Americas, Ste. 20, Lakewood, NJ 08701-4777 |
| 5372037 | | Green Capital Funding LLC, 116 Nassau St Suite 804, Newmanstown, PA 17073 |
| 5372039 | + | Harley Davidson Financial, Dept 15129, Palatine, IL 60055-0001 |
| 5372041 | + | Harley-Davidson Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 5376783 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5372042 | + | Homestead Outdoor Products, 905 W Main St, New Holland, PA 17557-9224 |
| 5372043 | + | J & L Building Materials, c/o Edward N. Flail, Jr., Esquire, 10 Harrow Circle, Wayne, PA 19087-3852 |
| 5372909 | + | J&L BUILDING MATERIALS, INC., 10 HARROW CIRCLE, 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5402491 | #+ | Joshua D. Daub, 100 Caernarvon Drive, Elverson, PA 19520-9500 |
| 5402265 | #+ | Joshua Daub, 100 Caernarvon Dr., Elverson PA 19520-9500 |
| 5372046 | + | Larry L. Miller, Esquire, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372050 | + | M & T Bank, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5372051 | + | New Beginning Contracting LLC, 739 2nd Street, Trenton, NJ 08611-3329 |
| 5372053 | + | On Deck Capital, Inc., 4201 Wilson Blvd., Ste 110-209, Arlington, VA 22203-4417 |
| 5372055 | + | Quality Roofing Supply, Beacon Roofing Supply, 530 Morgantown Rd, Reading, PA 19611-2063 |
| 5372056 | + | Rigidply Rafters, 701 E Linden St, Richland, PA 17087-9720 |
| 5372057 | + | Selective Insurance Co, Windham Professionals, 382 Main St, Salem, NH 03079-2412 |
| 5372058 | + | Shank Door Company, PO Box 338, Myerstown, PA 17067-0338 |
| 5372060 | + | Swift Financial LLC as servicing agent for WebBank, 3505 Silverside Rd Suite 200, Wilmington, DE 19810-4905 |
| 5372021 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 5372061 | + | United Consumer Financial, JP Recovery Services Inc, 20220 Center Ridge Rd #200, Rocky River, OH 44116-3501 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5372024 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 29 2021 18:50:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 5372036 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Jul 29 2021 18:50:00 | Forward Financing, 100 Summer St Suite 1175, Boston, MA 02110-2138 |
| 5372040 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 29 2021 18:50:00 | Harley-Davidson Credit Corp, 222 West Adams, Suite 2000, Chicago, IL 60606-5307 |
| 5402490 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2021 18:50:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5372044 | | Email/Text: nancy@jlbuilding.com | Jul 29 2021 18:50:00 | J & L Building Materials, Inc., 600 Lancaster Avenue, Malvern, PA 19355 |
| 5372048 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2021 18:55:50 | LVNV Funding, c/o Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 5372047 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2021 18:55:47 | LVNV Funding, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 5374909 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2021 18:55:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5372045 | + | Email/Text: camanagement@mtb.com | Jul 29 2021 18:50:00 | Lakeview Loan Servicing, LLC, c/o M & T Bank, 1100 Wehrle Drive, Williamsville, NY 14221-7748 |
| 5372049 | | Email/Text: camanagement@mtb.com | Jul 29 2021 18:50:00 | M & T Bank, PO Box 840, Buffalo, NY 14240 |
| 5372052 | + | Email/Text: bankruptcy@ondeck.com | Jul 29 2021 18:50:00 | On Deck Capital, Inc., 1400 Broadway 25th Floor, New York, NY 10018-5225 |
| 5372054 | + | Email/Text: bankruptcy@ondeck.com | Jul 29 2021 18:50:00 | On Deck Capital, Inc., c/o Christine Nicole Levi, 101 West Colfax Avenue, 10th Floor, Denver, CO 80202-5167 |
| 5374760 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2021 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5372059 | + | Email/Text: notices@burt-law.com | Jul 29 2021 18:50:00 | Superior Distribution, c/o Burton Neil Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 5383266 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 29 2021 18:55:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Action Adam Services LLC, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 5374435 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5402493 | *+ | Anthony Daub, Esquire, Trantolo & Trantolo, LLC, 21 Oak Street, Hartford, CT 06106-1598 |
| 5402492 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5402494 | *+ | Joshua D. Daub, 100 Caernarvon Drive, Elverson, PA 19520-9500 |
| 5380603 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eden R Bucher | on behalf of Creditor Action Adam Services LLC ebucher@leisawitzheller.com medwards@leisawitzheller.com |
| George Meany Lutz | on behalf of Debtor 1 Brian C. Bogert Jr. glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Larry L. Miller | on behalf of Creditor American Builders & Contractors Supply Co. Inc. llmlaw@outlook.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian C. Bogert Jr.

**Debtor 1**

Chapter: 13

Case number: 1:20−bk−03241−HWV

Document Number: 57

Matter: Motion for Mortgage Modification.

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **August 19, 2021**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 29, 2021 |

ntpasnh(05/18)