# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | |
|---|---|---|
| In re **Brian C. Bogert, Jr.** | Case No. | **1:20-bk-03241** |
| Debtor(s) | Chapter | **13** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **12,702.33** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **12,702.33** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):     **The Debtor paid $0.00 toward the fee prepetition**

3. The source of compensation to be paid to me is:

   ☐ Debtor     ■ Other (specify):     **Hourly as per counsel's fee agreement, through the Chapter 13 Plan, upon court approval.**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 29, 2021** | **/s/ George M. Lutz, Esquire** |
| *Date* | **George M. Lutz, Esquire 46437** |
| | *Signature of Attorney* |
| | **Hartman, Valeriano, Magovern & Lutz, P.C.** |
| | **1025 Berkshire Blvd** |
| | **Suite 700** |
| | **Wyomissing, PA 19610** |
| | **610-779-0772 Ext. 3014   Fax: 610-779-7473** |
| | **glutz@hvmllaw.com** |
| | *Name of law firm* |