UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRIAN C. BOGERT, JR.<br>Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Objectant | : | |
| | : | |
| vs. | : | TRUSTEE'S OBJECTION TO FIRST<br>APPLICATION OF ATTORNEY FEES |
| GEORGE M. LUTZ, ESQUIRE<br>Applicant | : | CASE NO. 1:20-bk-03241-HWV |

## ORDER

Upon consideration of the Trustee's Objection to First Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record,

IT IS HEREBY ORDERED that the First Application is denied.