# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**BRIAN C. BOGERT, JR.,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 1:20-bk-03241 HWV** |

## PRAECIPE TO WITHDRAW

*TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:*

Kindly withdraw the Application for Allowance of Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. § 330 that was filed on November 2, 2021.

**Date:** November 10, 2021

                                                    Respectfully submitted,

                                                    **Hartman, Valeriano, Magovern & Lutz, P.C.**

             by:    */s/ George M. Lutz*
                                    _____
                                    George M. Lutz, Esquire
                                    1025 Berkshire Boulevard, Bldg. 700
                                    Wyomissing, PA  19610
                                    Pa. Attorney ID No.: 46437
                                    Phone:  610-372-9900
                                    Fax:     610-372-5469