UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BRIAN C. BOGERT, JR,<br><br>Debtor<br><br>BRIAN C. BOGERT, JR,<br><br>Objector<br><br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC<br><br>Claimant | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 1:20-bk-03241 HWV |

**WITHDRAWAL OF DEBTORS' OBJECTION TO PROOF OF CLAIM OF LAKEVIEW LOAN SERVICING, LLC**
**(PROOF OF CLAIM NO. 7)**

Debtor, Brian C. Bogert, Jr., by and through his counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Objection to Proof of Claim of Lakeview Loan Servicing, LLC (Proof of Claim No. 7) and requests that the Objection to Proof of Claim of Lakeview Loan Servicing, LLC (Proof of Claim No. 7), which was filed with the Court on November 12, 2021 to Docket Entry No. 73, be withdrawn.

**Date:** December 11, 2021

                          Respectfully submitted,

                          **Hartman, Valeriano, Magovern & Lutz, PC**

by:    /s/ George M. Lutz
           _____
           George M. Lutz, Esquire
           1025 Berkshire Boulevard, Suite 700
           Wyomissing, PA 19610
           Pa. Attorney ID No.: 46437