**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

| | |
|---|---|
| In re:<br><br>        **BRIAN C.BOGERT, JR.,**<br><br>                                **Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 1:20-BK-03241 HWV** |

**CERTIFICATE OF SERVICE**

The undersigned, Ashley Santana, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on February 18, 2022, true and correct copies of the Response to the Motion for Relief of Lakeview Loan Servicing were served upon the following parties by electronic means:

Rebecca Ann Solarz on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

Respectfully submitted,

Hartman, Valeriano, Magovern & Lutz, PC
**by:**     */s/ Ashley N. Santana*
**Ashley Santana**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**