## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Brian C. Bogert Jr. <br> <u>Debtor</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br> <u>Movant</u> <br> vs. | NO. 20-03241 HWV |
| Brian C. Bogert Jr. <br> <u>Debtor</u> | |
| Jack N. Zaharopoulos, Esquire <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.