In re:                                                                                                Case No. 20-03241-HWV

Brian C. Bogert, Jr.                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: ordsmiss | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian C. Bogert, Jr., 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| cr | + | American Builders & Contractors Supply Co., Inc., c/o LLM Law LLC, 11722 TANEYTOWN PIKE, Taneytown, MD 21787-1165 |
| 5372026 | + | ACTION ADAM SERVICES LLC, Allen R. Shollenberger, Esquire, 2755 Century Boulevard, Reading, PA 19610-3346 |
| 5372025 | | ACTION ADAM SERVICES LLC, 121 Hill Drive, Newmanstown, PA 17073 |
| 5380949 | + | Action Adam Services LLC, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 5372027 | + | Advanced Construction Solutions LLC, 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| 5372028 | + | American Builders & Contractors, Supply Co. Inc., 1 ABC Parkway, Beloit, WI 53511-4466 |
| 5374040 | + | American Builders & Contractors Supply Co., Inc., c/o Larry Miller, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372030 | + | American Express National Bank, PO Box 15130, Wilmington, DE 19850-5130 |
| 5402489 | + | Anthony Daub, Esquire, Trantolo & Trantolo, LLC, 21 Oak Street, Hartford, CT 06106-1598 |
| 5372032 | + | Atlantic States Insurance/, Donegal Insurance, 1195 River Rd PO Box 302, Marietta, PA 17547-0302 |
| 5372033 | + | Beacon Sales Acquisition, c/o Amato and Keating, P.C, 4232 Northern Pike, Suite 202, Monroeville, PA 15146-2720 |
| 5373965 | + | Beacon Sales Acquisition, Inc., d/b/a Beacon Roofing, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 5372034 | + | Beacon Sales Acquisition, Inc., dba Beacon Roofing, POB 162, Clifton Heights, PA 19018-0162 |
| 5372908 | + | EDWARD N, FLAIL, JR., 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372035 | + | Efer Contractors Inc., 167 B Blackwell Rd, Pennington, NJ 08534-4204 |
| 5372038 | + | GTR Source LLC, 211 Blvd. of The Americas, Ste. 20, Lakewood, NJ 08701-4777 |
| 5443557 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 5372037 | | Green Capital Funding LLC, 116 Nassau St Suite 804, Newmanstown, PA 17073 |
| 5372039 | + | Harley Davidson Financial, Dept 15129, Palatine, IL 60055-0001 |
| 5372042 | + | Homestead Outdoor Products, 905 W Main St, New Holland, PA 17557-9224 |
| 5372043 | + | J & L Building Materials, c/o Edward N. Flail, Jr., Esquire, 10 Harrow Circle, Wayne, PA 19087-3852 |
| 5372909 | + | J&L BUILDING MATERIALS, INC., 10 HARROW CIRCLE, 10 HARROW CIRCLE, WAYNE, PA 19087-3852 |
| 5372046 | + | Larry L. Miller, Esquire, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5372051 | + | New Beginning Contracting LLC, 739 2nd Street, Trenton, NJ 08611-3329 |
| 5372053 | + | On Deck Capital, Inc., 4201 Wilson Blvd., Ste 110-209, Arlington, VA 22203-4417 |
| 5372055 | + | Quality Roofing Supply, Beacon Roofing Supply, 530 Morgantown Rd, Reading, PA 19611-2063 |
| 5372056 | + | Rigidply Rafters, 701 E Linden St, Richland, PA 17087-9720 |
| 5372057 | + | Selective Insurance Co, Windham Professionals, 382 Main St, Salem, NH 03079-2412 |
| 5372058 | + | Shank Door Company, PO Box 338, Myerstown, PA 17067-0338 |
| 5372061 | + | United Consumer Financial, JP Recovery Services Inc, 20220 Center Ridge Rd #200, Rocky River, OH 44116-3501 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5372029 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 19:04:24 | American Express National Bank, Customer Service, P.O. Box 981537, El Paso, TX 79998-1537 |

| | | | |
|---|---|---|---|
| 5372031 | + Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 19:04:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5372022 | ^ MEBN | Dec 15 2022 18:46:12 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 5372024 | + Email/Text: bankruptcy.notifications@fisglobal.com | Dec 15 2022 18:50:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 5372023 | ^ MEBN | Dec 15 2022 18:46:09 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 5372020 | ^ MEBN | Dec 15 2022 18:46:12 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 5372036 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Dec 15 2022 18:50:00 | Forward Financing, 100 Summer St Suite 1175, Boston, MA 02110-2106 |
| 5372041 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 15 2022 18:50:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 5372040 | + Email/Text: bankruptcy.notices@hdfsi.com | Dec 15 2022 18:50:00 | Harley-Davidson Credit Corp, 222 West Adams, Suite 2000, Chicago, IL 60606-5307 |
| 5376783 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 15 2022 18:50:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5402490 | EDI: IRS.COM | Dec 15 2022 23:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5372044 | Email/Text: nancy@jlbuilding.com | Dec 15 2022 18:50:00 | J & L Building Materials, Inc., 600 Lancaster Avenue, Malvern, PA 19355 |
| 5372048 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 18:54:10 | LVNV Funding, c/o Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 5372047 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 18:54:10 | LVNV Funding, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 5374909 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 18:54:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5372045 | + Email/Text: camanagement@mtb.com | Dec 15 2022 18:50:00 | Lakeview Loan Servicing, LLC, c/o M & T Bank, 1100 Wehrle Drive, Williamsville, NY 14221-7748 |
| 5372050 | ^ MEBN | Dec 15 2022 18:46:21 | M & T Bank, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5372049 | Email/Text: camanagement@mtb.com | Dec 15 2022 18:50:00 | M & T Bank, PO Box 840, Buffalo, NY 14240 |
| 5372052 | + Email/Text: bankruptcy@ondeck.com | Dec 15 2022 18:50:00 | On Deck Capital, Inc., 1400 Broadway 25th Floor, New York, NY 10018-5225 |
| 5372054 | + Email/Text: bankruptcy@ondeck.com | Dec 15 2022 18:50:00 | On Deck Capital, Inc., c/o Christine Nicole Levi, 101 West Colfax Avenue, 10th Floor, Denver, CO 80202-5183 |
| 5372060 | Email/Text: Bankruptcy@swiftcapital.com | Dec 15 2022 18:50:00 | Swift Financial LLC as servicing agent for WebBank, 3505 Silverside Rd Suite 200, Wilmington, DE 19810 |
| 5374760 | EDI: PENNDEPTREV | Dec 15 2022 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5374760 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2022 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5372059 | + Email/Text: notices@burt-law.com | Dec 15 2022 18:50:00 | Superior Distribution, c/o Burton Neil Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |

| 5372021 | ^ MEBN | | |
| | | Dec 15 2022 18:46:10 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 5383266 | EDI: AIS.COM | | |
| | | Dec 15 2022 23:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Action Adam Services LLC, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 5374435 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5402493 | *+ | Anthony Daub, Esquire, Trantolo & Trantolo, LLC, 21 Oak Street, Hartford, CT 06106-1598 |
| 5402492 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5402494 | *+ | Joshua D. Daub, 100 Caernarvon Drive, Elverson, PA 19520-9500 |
| 5380603 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5402491 | ##+ | Joshua D. Daub, 100 Caernarvon Drive, Elverson, PA 19520-9500 |
| 5402265 | ##+ | Joshua Daub, 100 Caernarvon Dr., Elverson PA 19520-9500 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eden R Bucher | on behalf of Creditor Action Adam Services LLC ebucher@barley.com cbrelje@barley.com |
| George Meany Lutz | on behalf of Debtor 1 Brian C. Bogert Jr. glutz@hvmllaw.com, asantana@hvmllaw.com;r49419@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |

Larry L. Miller

on behalf of Creditor American Builders & Contractors Supply Co.  Inc. llmlaw@outlook.com

Michael Patrick Farrington

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian C. Bogert Jr.,                          Chapter          13

**Debtor 1**

                                              Case No.         1:20–bk–03241–HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  December 15, 2022

ordsmiss (05/18)